IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIA MICHAEL, DANIEL MICHAEL, and ANGELA MICHAEL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF GRANITE CITY, ILLINOIS, a Municipal Corporation, EDWARD HAGNAUER, Mayor of the City of Granite City, in his official and individual capacities, RICHARD MILLER, Chief of Police of Granite City, in his official and individual capacities, and Granite City Police Officers MERZ and NOVASICH, in their individual capacities,<br><br>　　　　Defendants. | Cause No. 06-CV-01-WDS |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court regarding the Bench Trial held in this case in April of 2008.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 27, 2009, judgment is entered in **FAVOR** of defendants the **Mayor of Granite City, Edward Hagnaure, sued in his official and individual capacities; the Chief of Police, Richard Miller, sued in his official and individual capacities; and Granite City police officers Tony Merz and Nicholas Novasich, both of whom are sued in their individual capacities** and **AGAINST plaintiffs Mia Michael, Angela Michael and Daniel Michael** on all claims raised by plaintiffs in the First Amended Complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders of this Court dated May 16, 2007 and March 27, 2009, judgment is entered in **FAVOR** of plaintiffs **Mia Michael, Angela Michael and Daniel Michael** and **AGAINST** the defendant the **City of Granite City, a municipal corporation**, only on plaintiff's claims with respect to Ordinance 7878. Judgment is further entered in **FAVOR** of defendant **The City of Granite City, a municipal corporation**, and **AGAINST** plaintiffs **Mia Michael, Angela Michael and Daniel Michael** on all remaining claims in the First Amended Complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 27, 2009, the Court further found that plaintiffs' damages on their claim with respect to Ordinance 7878 were minimal, and that plaintiffs suffered little damage, including emotional damage, in light of the fact that the Ordinance was never put into effect, nor exercised against the plaintiffs, or others. Accordingly, the Court **AWARDED** damages on this claim jointly to plaintiffs **Mia Michael, Angela Michael and Daniel Michael** in the amount of $300.

**DATED** this 27th day of March, 2009.

                                        **JUSTINE FLANAGAN, ACTING CLERK**

                                        **BY:** *s/Sandy Pannier*
                                                     **Deputy Clerk**

**APPROVED:**

    *s/WILLIAM D. STIEHL*
       **U. S. District Judge**